

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00650-CV

Michael A. **CERNY** and Myra L. Cerny, Individually and as Next Friends of Cameron A. Cerny,
A Child,
Appellants

v.

**MARATHON OIL CORPORATION**, Marathon Oil EF LLC, and Plains Exploration &
Producing Company,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-05-00118-CVK
Honorable Stella Saxon, Judge Presiding

## O R D E R

The Appellees' Second Unopposed Joint Motion for Extension of Time to File Briefs is
GRANTED. The appellee's brief is due on February 23, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 29th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court